No. 86–21.   IMMIGRATION AND NATURALIZATION SERVICE v. HECTOR.   C. A. 3d Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.

No. 86–5082.   WRENN v. OHIO DEPARTMENT OF MENTAL HEALTH ET AL.   C. A. 6th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied.   Petitioner is allowed until October 27, 1986, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 86–5271.   BROWN v. SCHWEITZER ET AL.   C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied.   Petitioner is allowed until October 27, 1986, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 85–2082.   IN RE GRACE.   C. A. 8th Cir.   Petition for writ of common-law certiorari denied.

No. 85–7191.   IN RE PLUMMER ET UX.   C. A. 3d Cir.   Petition for writ of common-law certiorari denied.

No. 85–6982.   IN RE BEACH;
No. 85–7027.   IN RE WEYGANDT;
No. 85–7060.   IN RE SIZEMORE;
No. 85–7225.   IN RE MCDONALD;
No. 86–5075.   IN RE BAILEY;
No. 86–5351.   IN RE BRYANT; and
No. 86–5401.   IN RE MANDEVILLE.   Petitions for writs of habeas corpus denied.